# Court of Appeals
# of the State of Georgia

ATLANTA,  October 10, 2018

*The Court of Appeals hereby passes the following order:*

## A19I0048. IN THE INTEREST OF D. C., A CHILD (FATHER).

The maternal grandparents of D. C. filed a motion to intervene in a dependency action, which the trial court granted on August 30, 2018. The biological father seeks leave to appeal the ruling, and the trial court thus entered a certificate of immediate review on September 13, 2018. The father filed this application for interlocutory appeal on September 20, 2018. We lack jurisdiction.

Under OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within 10 days of entry of the order at issue that immediate review should be had.  If the certificate of immediate review is not entered within that 10-day period, it is untimely, and the party seeking review must wait until the final judgment to appeal. See OCGA § 5-6-34 (b); *Turner v. Harper*, 231 Ga. 175, 176 (200 SE2d 748) (1973). Here, the trial court entered the certificate of immediate review 14 days after the order the father seeks to appeal. Accordingly, we lack jurisdiction to consider this application for interlocutory appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/10/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*